# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

Darryl Cornell Merritt,

    Plaintiff,

    **V.**         Case No. 17-3030-CV-S-RK-P

Jason Cofield, et al.,

    Defendants.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that:

(1) the agency having custody of Plaintiff forward to the Clerk of the Court monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account each time the amount in the account exceeds $10.00 until the balance of the $350.00 filing fee is paid ($328.30);

(2) Plaintiff's motion for a temporary restraining order and for a preliminary injunction (doc. 3) is denied;

(3) Plaintiff's motion for appointment of counsel (doc. 20) is denied; and

(4) this case is dismissed pursuant 28 U.S.C. § 1915A(b)(1).

    IT IS SO ORDERED.

Entered on:  <u>March 8, 2017.</u>

                                               PAIGE WYMORE-WYNN
                                               CLERK OF COURT

                                               <u>/s/ C. Davies</u>
                                               (By) Deputy Clerk